# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION (CLEVELAND)

| | |
|---|---|
| **MARIAH MICHAELS,** | Case No.: 1:23-cv-01020 |
| **Plaintiff,** | (Judge David A. Ruiz) |
| vs. | |
| **NEWREZ, LLC D/B/A SHELLPOINT MORTGAGE SERVICING,** *et al.*, | |
| **Defendants.** | |

## AGREED ENTRY OF DISMISSAL OF COMPLAINT WITH PREJUDICE AND COUNTERCLAIM FOR FORECLOSURE *IN REM* WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(2), and upon agreement of Plaintiff Mariah Michaels ("Michaels"), Defendant The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-84, Mortgage Pass-Through Trust Certificates, Series 2005-84 ("BONYM"), and Defendant Newrez LLC d/b/a Shellpoint Mortgage Servicing, by and through their respective counsel, and the Court being duly advised, it is hereby ORDERED THAT:

(1) Michaels' Complaint for Damages is dismissed with prejudice; and

(2) BONYM's Counterclaim for *In Rem* Judgment and Decree in Foreclosure is dismissed without prejudice.

(3) Each party shall bear their own costs.

(4) This case is terminated and may be marked as closed in the Court's records.

**IT IS SO ORDERED.**

Date: February 9, 2024          /s/ *David A. Ruiz*
                                Judge David A. Ruiz

STIPULATED AND AGREED:

| | |
|---|---|
| */s/ Brian D. Flick, per email approval* | */s/ Cynthia M. Fischer* |
| Marc E. Dann (0039425) | Nathan H. Blaske (0076460) |
| Daniel M. Solar (0085632) | Cynthia M. Fischer (0073761) |
| Brian D. Flick (0081605) | DINSMORE & SHOHL LLP |
| DannLaw | 255 East Fifth Street, Suite 1900 |
| 15000 Madison Ave. | Cincinnati, Ohio 45202 |
| Lakewood, Ohio 44107 | Tel: (513) 977-8200 |
| Tel: (216) 373-0539 | Fax: (513) 977-8141 |
| Fax: (216) 373-0536 | Email: nathan.blaske@dinsmore.com |
| Email: notices@dannlaw.com | cynthia.fischer@dinsmore.com |
| *Counsel for Plaintiff Mariah Michaels* | *Counsel for Defendants Newrez LLC d/b/a Shellpoint Mortgage Servicing and The Bank of New York Mellon, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-84, Mortgage Pass-Through Trust Certificates, Series 2005-84* |